1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 11  ROSALIND G. JONES, | Case No.:  3:16-cv-01475-MEJ |
| 12                Plaintiff, | Hon. Magistrate Judge Maria-Elena James Ctrm. B |
| 13       v. | [Unlimited Jurisdiction] |
| 14  DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE OF ARGENT | **ORDER GRANTING STIPULATION TO** |
| 15  SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2006-M2, a | **CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND** |
| 16  National Association; OCWEN LOAN SERVICING, LLC, a Limited Liability Company; | **RELATED DEADLINES** |
| 17  ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, | **Current Hearing** Date: June 23, 2016 |
| 18  ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT | Time: 10:00 a.m. Crtm.: B |
| 19  ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO; | **[Proposed] Hearing** |
| 20  and DOES 1 through 100, inclusive, | Date: September 22, 2016 Time: 10:00 a.m. |
| 21                Defendants. | Crtm.: B |
| 22 | Action Filed:  February 23, 2016 Trial Date:      NA |
| 23 | |

24       The Court having considered the *Stipulation to Initial Continue Case Management*

25  *Conference and Related Deadlines* (the "Stipulation") entered into by and between *defendants*

26  Ocwen Loan Servicing, LLC, and Deutsche Bank National Trust Company as Trustee of Argent

27  Securities Inc., Asset-Backed Pass-Through Certificates Series 2006-M2; and *plaintiff* Rosalind G.

28  Jones (together, the "Parties"), and good cause appearing therefor,

686474.1

1    **IT IS ORDERED** that the Stipulation is **APPROVED**.

2       1.  The deadline for the Parties to file a joint case management statement, discovery plan,

3           and initial disclosures is extended to September 15, 2016.

4       2.  The Initial Case Management Conference ("CMC") is continued to September 22,

5           2016, at 10:00 a.m.

6       3.  The stay on proceedings shall remain in effect until the continued CMC or until

7           further notice by the Court.

8

9    **IT IS SO ORDERED.**

10

11   Dated:  June 13, 2016        _____

12                                HON. MARIA ELENA JAMES
                                  UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER GRANTING STIPULATION TO CONTINUE CONFERENCE AND RELATED DEADLINES**
686474.1