1

2

3

4

5

6

7

8                **UNITED STATES DISTRICT COURT**

9                **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11   ROSALIND G. JONES, | Case No.:  3:16-cv-01475-MEJ |
| 12         Plaintiff, | Hon. Magistrate Judge Maria-Elena James Ctrm. B |
| 13   v. | [Unlimited Jurisdiction] |
| 14   DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE OF ARGENT | **ORDER APPROVING STIPULATION TO DISMISS COMPLAINT WITH** |
| 15   SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2006-M2, a | **PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE** |
| 16   National Association; OCWEN LOAN SERVICING, LLC, a Limited Liability Company; | **41(a)(1)(A)(ii)** |
| 17   ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, | **Hearing:** [No Hearing Required] |
| 18   ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT | |
| 19   ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO; | |
| 20   and DOES 1 through 100, inclusive, | |
| 21         Defendants. | |
| 22 | |

23          The Court having considered the *Stipulation to Dismiss Complaint With Prejudice Pursuant*

24   *to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)* (the "Stipulation") entered into by and between

25   *defendants* Ocwen Loan Servicing, LLC, and Deutsche Bank National Trust Company as Trustee of

26   Argent Securities Inc., Asset-Backed Pass-Through Certificates Series 2006-M2 ("Defendants") and

27   *plaintiff* Rosalind Jones ("Plaintiff"), and good cause appearing therefor,

28          **IT IS ORDERED** that the Stipulation is **APPROVED**.

**ORDER ON STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE**
813036.1

1   **IT IS FURTHER ORDERED** that this action is hereby dismissed *with prejudice*.

2   **IT IS FURTHER ORDERED** that all future hearing dates in this action are hereby vacated.

3   **IT IS FURTHER ORDERED** that the Court shall retain jurisdiction for the purpose of

4   enforcing the terms of the separate settlement agreement entered into between the parties.

5   **IT IS SO ORDERED**.

6

7

8   Dated:  December 27, 2016          _____

9   HON. MARIA-ELENA JAMES
    UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER ON STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE**

813036.1